UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY ADELSON,

    Plaintiff,

    v.

Case No. 07-13142
HON. TERRENCE G. BERG
HON. MONA K. MAJZOUB

OCWEN FINANCIAL CORPORATION, et al.,

    Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION
FOR LEAVE TO FILE EXCESS PAGES (Dkt. 89) AND STRIKING
<u>PLAINTIFF'S OBJECTIONS (Dkt. 88)</u>**

On February 16, 2017 Magistrate Judge Mona Majzoub issued a twenty-five page Report and Recommendation in this case. (Dkt. 86). On March 2, 2017, Plaintiff filed Objections to this Report and Recommendation (Dkt. 88); Plaintiff's Objections consist of forty-four pages of argument. Plaintiff also filed a Motion for Leave to File Excess Pages (Dkt. 89) on March 2, 2017, after she filed her Objections.

The Eastern District of Michigan's Local Rule 72.1(d)(5) provides, "LR [local rule] 7.1 governs the form of objections, responses, and replies." Local Rule 7.1, in turn, provides, "the text of a brief [. . .], including footnotes and signatures, may not exceed 25 pages." Pursuant to Local Rules 72.1(d)(5) and 7.1, Plaintiff's Motion for Leave to File Excess Pages (Dkt. 89)—which was itself filed only after Plaintiff filed

her Objections in excess of the page limitations—is **DENIED** and Plaintiff's forty-four page set of Objections (Dkt. 88) is **STRICKEN**.

Plaintiff is hereby granted until **Monday, March 13, 2017** to file any Objections in compliance with the page limitations of Local Rule 7.1. If Plaintiff does not file her Objections by March 13, 2017, such Objections will be deemed waived. Defendants are granted until **Monday, March 20, 2017** to file any responses.

**SO ORDERED.**

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: March 8, 2017

### Certificate of Service

I hereby certify that this Order was electronically submitted on March 8, 2017, using the CM/ECF system, which will send notification to each party.

By: s/A. Chubb
Case Manager